

RECEIVED
FEB 1 1 2020
CLERK U.S DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JEFREN MORENO GODOY, also known as Marangeli Ortiz Ortiz, <br><br> Defendant. | Criminal No. 3:20-CR-19 <br><br> **INDICTMENT** <br><br> T. 42 U.S.C. § 408(a)(7)(B) <br> T. 18 U.S.C. § 911 <br> T. 18 U.S.C. § 1028A(a) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Misuse of Social Security Number)

From on or about January 16, 2013 until March 15, 2018, in the Southern District of Iowa, the Defendant JEFREN MORENO GODOY, also known as Marangeli Ortiz Ortiz, for the purpose of deceiving investigating, prosecuting, and court authorities in Illinois and Iowa, and for any other purpose, with intent to deceive, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him when he was arrested and when he was incarcerated by the State of Iowa when in fact, such number was not the social security account number assigned by the Commissioner of Social Security to him.

This is a violation of Title 42, United States Code, Section 408(a)(7)(B).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (False Claim of United States Citizenship)

From on or about January 16, 2013 until March 15, 2018, in the Southern District of Iowa, defendant, JEFREN MORENO GODOY, also known as Marangeli Ortiz Ortiz, a citizen

of Colombia, South America, and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

This is a violation of Title 18, United States Code, Section 911.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Aggravated Identity Theft)**

From on or about January 16, 2013 until March 15, 2018, in the Southern District of Iowa, defendant, JEFREN MORENO GODOY, also known as Marangeli Ortiz Ortiz, knowingly used, without lawful authority, a means of identification of another person, including the person's name, date of birth and social security number, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely Misuse of a Social Security number as charged in Count 1 of this indictment and False Claim of United States Citizenship as charged in Count 2 of this indictment, knowing that the means of identification belonged to another actual person.

This is a violation of violation of Title 18, United States Code, Section 1028A(a)(1).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>Jefren Moreno Godoy,<br>a/k/a Marangeli Ortiz Ortiz<br><br>*Defendant* | )<br>)<br>)    Case No.  3:20-cr-19<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jefren Moreno Godoy, a/k/a Marangeli Ortiz Ortiz                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

42:408(a)(7)(B) - misuse of Social Security number
18:911 - false claim of United States citizenship
18:1028A(a)(1) - aggravated identity theft

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: _____
                                                      DEPUTY CLERK

Date:   02/11/2020

City and state:   Davenport, Iowa                                      Stephen B. Jackson, Jr., U.S. Magistrate Judge
                                                                                              *Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____                                   _____<br>                                                                  *Arresting officer's signature*<br><br>                                                                  _____<br>                                                                  *Printed name and title* |